United States District Court
for the
Southern District of Florida

CVK Holding Aruba, N.V., Cooperatieve )
Vereniging the Mill Resort & Suites, )
Plaintiffs, )
)
)
v. ) Civil Action No. 18-23878-Civ-Scola
)
)
Interamerican Promo Hotels, Inc., )
Defendants.

## Order Remanding Case to State Court

This matter is before the Court upon an independent review of the record. Defendant, Interamerican Promo Hotels, Inc. ("Interamerican"), removed this case from the Florida state court on September 20, 2018, asserting diversity jurisdiction under 28 U.S.C. § 1332. (ECF No. 1.) Interamerican, however, did not identify its principal place of business in the notice of removal, the civil cover sheet or the state court record. The notice of removal also failed to factually allege the amount in controversy. As a result, the Court could not ascertain whether complete diversity existed and whether section 1332's $75,000 jurisdictional threshold was met. Thus, Interamerican, as the removing party, had not met its burden of establishing federal jurisdiction. *See Williams v. Best Buy, Co., Inc.*, 269 F.3d 1316, 1319 (11th Cir. 2001) (holding that the removing party bears the burden of establishing federal jurisdiction).

So on September 21, 2018, the Court ordered Interamerican to file an amended notice of removal curing these jurisdictional defects, and forewarned that failure to do so would result in the case being remanded to the state court without further notice. (ECF No. 3.) Interamerican did not file an amended notice by that date and has failed to satisfy its burden of establishing federal jurisdiction in this case. The Court therefore must remand this case to the Florida state court.

Accordingly, this case is **remanded** to the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. The Clerk is instructed to **close** this case and take all necessary steps to ensure prompt remand and transfer of this file. All pending motions, if any, are denied as moot.

**Done and ordered** in chambers in Miami, Florida on October 1, 2018.

Robert N. Scola, Jr.
United States District Judge